

# Fourth Court of Appeals
## San Antonio, Texas

December 3, 2018

No. 04-18-00345-CR

Comfort Delando **ROBERTS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR11457
Honorable Jefferson Moore, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to file Brief is hereby GRANTED. The appellant's brief is due on December 31, 2018. **Further requests for an extension of time in which to file appellant's brief will be disfavored.**

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of December, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court